```
                                              ┌─────────────────────────┐
                                              │ FILED                   │
          UNITED STATES DISTRICT COURT FOR THE│ February 3, 2011        │
                                              │ CLERK, US DISTRICT COURT│
          EASTERN DISTRICT OF CALIFORNIA      │ EASTERN DISTRICT OF     │
                                              │ CALIFORNIA              │
                                              │         /s/ DEPUTY CLERK│
                                              └─────────────────────────┘
```

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:11-MJ-00030-GGH-2
        Plaintiff,                 )
                                    )   ORDER FOR RELEASE OF
v.                                  )   PERSON IN CUSTODY
                                    )
CHRISTOPHER TABOR,                  )
                                    )
        Defendant.                 )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER TABOR , Case No. 2:11-MJ-00030-GGH-2 , Charge  21 U.S.C. §§ 846 and 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

    ✓    Unsecured Appearance Bond $75,000

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    ✓    (Other)    Special conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 3, 2011  at  2:00 pm .

                By  /s/ Gregory G. Hollows
                        Gregory G. Hollows
                        United States Magistrate Judge